UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

DENITRA SHAW,                                           **STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

            Plaintiff,

Case No.: 1:13-CV-00387 JTC

vs.

AUDUBON FINANCIAL BUREAU, LLC, A
DELAWARE LIMITED LIABILITY COMPANY,
AND ADAM D. MARCH, INDIVIDUALLY,

           Defendants.
_____

**IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for the respective parties hereto, as well as the respective parties hereto, that no party is an infant, incompetent person for whom a committee has been appointed or conservatee and, that no person not a party has an interest in the subject matter of the action, and that the above-captioned action is hereby dismissed with prejudice against defendant Adam D. March, individually, without costs to either party as against the other.

Dated: New York, New York                          Dated: Buffalo, New York
       October 8, 2013                                          October 8, 2013

**FREDRICK SCHULMAN & ASSOCIATES**          **ZDARSKY, SAWICKI & AGOSTINELLI LLP**

By: /s/ Jacob J. Scheiner                                 By: /s/ David E. Gutowski
    Jacob J. Scheiner, Esq.                                David E. Gutowski, Esq.
    *Attorney for Plaintiff*                                  *Attorneys for Defendant*s
    30 E. 29th Street                                         404 Cathedral Place
    New York, New York 10016                          298 Main Street
    (212) 796-6053                                            Buffalo, New York 14202
    Email: jscheiner@fschulmanlaw.com              (716) 855-3200
                                                                       Email: dgutowski@zsa.cc